# STATEMENT OF FACTS

Your affiant, Peter W. Wall, is a Special Agent assigned to a Counterintelligence squad at the Washington Field Office. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 7, 2021, an individual (hereafter "Witness 1") called the FBI's National Threat Operations Center (NTOC) to report that LORI UTLEY VINSON of Morganfield, KY, claimed to have entered the U.S. Capitol on January 6, 2021, on Facebook. Witness 1 previously attended school with LORI VINSON and was friends with her on Facebook, but had not spoken with her in several years. Witness 1 reported LORI VINSON claimed to be one of the first 100 people to enter the Capitol. Witness 1 provided the FBI with screenshots of the Facebook page Witness 1 attributes to LORI VINSON, Facebook account: lori.u.vinson, display name "Lori Utley Vinson."  The screenshots show multiple conversations in which the person using the account acknowledges or discusses being in the U.S. Capitol on January 6, 2021, including the following:



Law enforcement also interviewed an individual who has interacted with LORI VINSON in person on multiple occasions (hereafter "Witness 2"). Witness 2 stated that on January 8, 2021, LORI VINSON told Witness 2 that she was part of the protest on January 6, 2021, and had entered the Capitol building with her husband, now identified as THOMAS VINSON. LORI VINSON showed Witness 2 photos and videos from inside the U.S. Capitol, including "selfies" depicting LORI VINSON. LORI VINSON claimed that police had let her in the building, but Witness 2 noted the photos and videos LORI VINSON showed Witness 2 seemed inconsistent with lawful entry as Witness 2 observed signs people had forced their way into the building, including broken glass. LORI VINSON further told Witness 2 that she and her husband walked around in the U.S. Capitol for approximately 40 minutes, but did not steal or damage anything.

Witness 2 said she later saw LORI VINSON on the local news talking about having entered the U.S. Capitol and subsequently getting fired from her job because of it.

On January 13, 2021, 44News in Evansville, IN, www.wevv.com, posted a video on their website featuring a news story and interview with an individual identified as LORI VINSON.[1] During the interview LORI VINSON defended her involvement in the incident at the U.S. Capitol, claiming that if she and her husband had met any resistance they would not have entered and they were never asked to leave. LORI VINSON indicated she and her husband entered in the front door and spent about forty minutes in the Capitol before exiting the back, and that she thought she was one of the first one hundred people through the door. LORI VINSON also said she had returned to work on January 8, 2021, and after her shift, she called back into the office was fired from her job due to criminal behavior.

On January 13, 2021, Fox17 News in Nashville, TN, www.Fox17.com, posted a video on their website featuring a news story and another interview with an individual identified as LORI VINSON.[2] During the interview, LORI VINSON discussed her involvement in the incident at the US Capitol on January 6, 2021. The news story included video and pictures with the notation "Courtesy: Lori Vinson." One of the photos marked in this way is below and appears to show LORI and THOMAS VINSON outside the U.S. Capitol. Some of the video with this notation appears to have been taken on January 6, 2021, inside the U.S. Capitol Building. In the interview, LORI VINSON discussed being fired and stated, "I felt like what I had done was justified, and so I just said I would do this all over again tomorrow, I'm sorry that you don't see my worth." In the news clip, a still image with the notation "Courtesy: LORI VINSON" depicts two people outside the U.S. Capitol Building. According to the news report, LORI VINSON provided a video she took while entering the U.S. Capitol in which blaring alarms and loud chanting can be heard. In the interview LORI VINSON said the doors were open and people were filing in and "there was no signs." LORI VINSON repeated her claim that if she had met some sort of resistance, she would have never entered the building.



---

[1] The video of the interview is available here: https://www.wevv.com/content/video/573588422.html
[2] The video of the interview is available here: https://fox17.com/news/local/kentucky-nurse-fired-for-entering-us-capitol-during-riot.

On January 14, 2021, 14News in Evansville, IN, www.14News.com, posted a video on their website featuring a news story and yet another interview with an individual identified as LORI VINSON. The story was updated on January 15, 2021. During the interview, LORI VINSON discussed her involvement in the incident at the U.S. Capitol on January 6, 2021.[3] Speaking to the camera, LORI VINSON said, "I hope that is something I remember and say 'I'm glad I was a part of that' thirty years from now." The news story included video provided from LORI VINSON's cell phone. The video is taken from inside the U.S. Capitol building on January 6, 2021, and features blaring alarms and multiple individuals chanting. LORI VINSON also said, "people have asked are you sorry that you done that, absolutely I am not, I am not sorry for that, I would do it again tomorrow," and that "I felt like I've done nothing wrong and I wouldn't change it."

Witness 3, who knows THOMAS VINSON and has interacted with him in person recently, was shown a version of the photograph above that had been cropped to remove the superimposed writing and banners. Witness 3 identified the individual on the right wearing an orange hoodie as THOMAS VINSON.

On or about January 8, 2021, LORI VINSON and her husband THOMAS VINSON were interviewed at the same time by law enforcement in a recorded telephone call. During the call, LORI VINSON acknowledged she and her husband entered the U.S. Capitol on January 6, 2021, but claimed they were "let in" and did not "bust in." LORI VINSON admitted she posted about entering the U.S. Capitol on her social media and said that they were one of the first one hundred people inside. LORI VINSON indicated that she and THOMAS VINSON attended a rally near the White House lawn and walked straight to the U.S. Capitol, up the steps, and straight through the door, following a steam of people inside. LORI VINSON denied they were waiting outside for someone to break down the doors or windows to get in. LORI VINSON claimed they did not meet any kind of resistance while entering. She further stated that police officers did not ask them to leave. LORI VINSON told the FBI her husband took several photos of her within the Capitol with no one around her. According to LORI VINSON, they also witnessed a person hitting a door with U.S. Senator Mitch McConnell's name on it with a crowd control stanchion three times. After seeing that, they decided to leave. THOMAS VINSON stated he also saw a person throw a water bottle and said they should not do that.

THOMAS VINSON said they went to the Capitol as a "peaceful bunch of people there to express their views to Congress…," describing their conduct mainly as chanting and talking. According to the VINSONS, they did not damage or take anything.

On or about January 15, 2021, the FBI re-interviewed LORI VINSON in a recorded telephone call, where she acknowledged she was featured in a local news story and indicated she

---

[3] The video of the interview is available here: https://www.14news.com/2021/01/15/ascension-st-vincent-nurse-loses-job-involvement-us-capitol-riots/

4

entered on the Rotunda level and stayed on the same floor. She further claimed she knew there was something going on related to the certification of the electoral votes on January 6, 2021, but did not know that Congress was "in session" at that time and claimed that she expected that no Congressional officials would be in the building because they certainly would not have been allowed entry if they were in session. She also claimed that she did not hear the alarms going off inside the Capitol building during her initial entry into the Capitol, but noticed it after recently reviewing the video. LORI VINSON said it was very loud and the crowd noise, including people chanting, made it hard to differentiate from the alarm. LORI VINSON advised she was unsure whether she would be able to enter the Capitol building the same way on other days, as she had never visited it before. LORI VINSON stated she did not notice any metal detector, but would have expected one.

LORI VINSON agreed to send the Agent a photo she took from inside the Capitol. The photo provided by LORI VINSON is included below. LORI VINSON did not provide law enforcement with the additional photos and videos from inside the U.S. Capitol described by Witness 2 or provided to news outlets by LORI VINSON.



During a review of surveillance footage from inside the U.S. Capitol Building on January 6, 2021, LORI VINSON and THOMAS VINSON were observed inside the U.S. Capitol Building.

At approximately 2:18 pm, LORI VINSON and THOMAS VINSON were observed entering the U.S. Capitol Building through the 1st Floor Senate Wing Door. THOMAS VINSON can be seen entering the Capitol first, followed by LORI VINSON. THOMAS VINSON is holding up a cellular telephone and appears to be making a video recording. The door THOMAS VINSON and LORI VINSON entered through is consistent with the information LORI VINSON provided to news sources and to law enforcement regarding her entry. After entering the exterior door, THOMAS VINSON and LORI VINSON walked to their right and out of the room, toward the Crypt.





At approximately 2:31 pm, LORI VINSON and THOMAS VINSON were observed in the "OAP Corridor" of the 1st Floor of the U.S. Capitol Building on U.S. Capitol surveillance video. LORI and THOMAS VINSON were identified with clothing that matched the still image in the Fox17 News Video. During the video, LORI VINSON and THOMAS VINSON are facing away from the camera. THOMAS VINSON is holding what appears to be a cellular telephone above his head to take video in front of them. At one point in the video, LORI VINSON turns around and appears to talk to THOMAS VINSON. While doing so, LORI VINSON's face can be observed. Still images of the video surveillance are included below. LORI VINSON is wearing an oversized light colored furry jacket with a dark colored headband in both images. THOMAS VINSON is wearing a bright orange hooded sweatshirt with a blue and white cloth tied around his neck and has a brimmed, baseball hat, glasses and a grey goatee or beard.

Your affiant has confirmed the individuals in the news stories and footage from the U.S. Capitol are LORI and THOMAS VINSON. First, with respect to LORI VINSON, the person in the U.S. Capitol footage appears to be the same person giving interviews to various news stations as LORI VINSON based on physical similarities. Further, your affiant has reviewed driver's license photographs for LORI and THOMAS VINSON and they are consistent with the individuals observed in the U.S. Capitol footage and in the news stories. In addition, the individuals in one photograph provided by LORI VINSON to a news station identified as her and her husband appear to be wearing the same clothing and have the same features as the individuals in the footage from the U.S. Capitol. The photo LORI VINSON provided to the FBI also appears to depict LORI VINSON, which would be consistent that THOMAS VINSON was using a cellular telephone to record video. Your affiant recognizes that the area where the photo provided by LORI VINSON was taken as the U.S. Capitol Rotunda on the 2nd floor.











Based on the foregoing, your affiant submits that there is probable cause to believe that LORI and THOMAS VINSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that LORI and THOMAS VINSON violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and

knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
PETER WALL
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of February 2021.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE